### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| BARBARA KING, individually and on behalf of the class defined herein, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 08 CV 3306 Judge Amy J. St. Eve |
| vs. | ) ) | Magistrate Judge Cox |
| RESURGENCE FINANCIAL, LLC, | ) ) ) | |
| Defendant. | ) | |

### NOTICE OF MOTION

**TO:**   (See attached service list.)

    **PLEASE TAKE NOTICE** that on Wednesday, June 25, 2008 at 8:30 a.m., we will appear before the Honorable Judge Amy J. St. Eve in Room 1241 of the United States District Court, for the Northern District of Illinois, 219 S Dearborn St, Chicago, IL 60604, and present the following: **PLAINTIFF'S PRELIMINARY MOTION FOR CLASS CERTIFICATION**.

                                                  s/ Daniel A. Edelman
                                                  Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

   I, Daniel A. Edelman, hereby certify that on June 16, 2008, the foregoing document was filed electronically using the Court's CM/ECF system. A copy of the foregoing document was served on the following via hand delivery:

RESURGENCE FINANCIAL, LLC
c/o Nathan M. Grossman, Registered Agent
20 S. Clark Street, Suite 1650
Chicago, IL 60603

                s/ Daniel A. Edelman
                Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)