AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

BARBARA KING,
individually and on behalf of the class defined herein,
Plaintiff,

V.

RESURGENCE FINANCIAL, LLC,
Defendant.

CASE NUMBER: 08CV 3306

ASSIGNED JUDGE: JUDGE ST. EVE

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE COX

TO: (Name and address of Defendant)

RESURGENCE FINANCIAL, LLC
c/o Nathan M. Grossman, Registered Agent
20 S. Clark Street, Suite 1650
Chicago, IL 60603

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner & Goodwin, LLC
120 South LaSalle Street
Suite 1800
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

*/s/ Nadine Girley*
(By) DEPUTY CLERK

June 9, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me[1] || DATE 6/16/08  4:03 p.m. |
| NAME OF SERVER *(PRINT)* Jonathan Daniel || TITLE Paralegal |
| *Check one box below to indicate appropriate method of service* |||

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served registered agent Nathan Grossman at 20 S. Clark St., Suite 1650, Chicago, IL 60603 w/ Summons, Complaint, Motion for Class Certification, Notice of Motion, and Memorandum in Support of Motion.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/16/08
              *Date*           *Signature of Server*

              120 S. LaSalle St., Suite 1800, Chicago, IL 60603
              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.