UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BARBARA KING,<br><br>Plaintiff,<br>v.<br><br>RESURGENCE FINANCIAL, LLC,<br><br>Defendants. | Case No.: 08 CV 3306<br><br>Judge St. Eve<br><br>Magistrate Judge Cox |

### NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on the **10th** day of **July 2008** at **8:30 a.m.**, or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge St. Eve, or any judge sitting in his/her stead in Courtroom 1241 in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and shall then and there present **Unopposed Motion for Extension of Time to Answer or Otherwise Plead**, a copy of which is hereby served upon you.

Respectfully submitted,

By: ____s/Todd P. Stelter____

Todd P. Stelter
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Ste 300
Chicago, IL 60601
(312) 704-3000

6336600v1 890188

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BARBARA KING,<br><br>Plaintiff,<br>v.<br><br>RESURGENCE FINANCIAL, LLC,<br><br>Defendants. | Case No.: 08 CV 3306<br><br>Judge St. Eve<br><br>Magistrate Judge Cox |

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2008, I electronically filed **NOTICE OF UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

**Dan Edelman**
dedelman@edcombs.com

Respectfully submitted,

By: ____s/Todd P. Stelter_____

Todd P. Stelter
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Ste 300
Chicago, IL 60601
(312) 704-3000

6336600v1 890188