**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Barbara King
                              Plaintiff,

v.                                            Case No.: 1:08−cv−03306
                                              Honorable Amy J. St. Eve

Resurgence Financial, LLC
                              Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Monday, July 28, 2008:


    MINUTE entry before the Honorable Amy J. St. Eve: Status hearing held on 7/28/08 and continued to 9/17/08 at 8:30 a.m. Defendant's counsel failed to appear. Defendant's response to plaintiff's preliminary motion for class certification [10] to be filed by 12/4/08. Plaintiff's reply to be filed by 12/18/08. Plaintiff's motion for class certification [10] is denied without prejudice to refile once it is fully briefed. Defendants are on notice that plaintiff intends to seek class certification in this case. Rule 26(a)(1) disclosures by 8/28/08. Written discovery to be issued on 9/5/08. Fact discovery cutoff set for 4/1/09. Disposotive motions with supporting memoranda to be filed by 4/29/09. Expert discovery to be completed by 7/2/09. Mailed notice(kef, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.