IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BARBARA KING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 08 CV 3306 |
| v. ) | |
| ) | Judge St. Eve |
| RESURGENCE FINANCIAL, LLC, ) | Magistrate Judge Cox |
| ) | |
| Defendant. ) | |

## MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO RULE 12(B)(6)

Defendant, Resurgence Financial, LLC, ("Resurgence") by and through its attorneys, David M. Schultz and Todd P. Stelter, and for its Rule 12(b)(6) Motion to Dismiss Plaintiff's First Amended Complaint, states as follows:

1. Plaintiff's first amended complaint alleges that Resurgence violated the Fair Debt Collection Practices Act, 15 U.S.C. §§1692e, 1692e(2), 1692e(5), 1692e(10) and 1692f ("FDCPA"), Illinois Collection Agency Act, 225 ILC 425/8b ("ICAA") and Illinois Consumer Fraud Act, 815 ILCS 505/2 ("ICFA") by filing a lawsuit for collection of a debt from her without having an assignment that complies with Section 8b of the ICAA and without attaching the assignment to the collection complaint.

2. Plaintiff's argument fails for several reasons which are discussed further in defendant's Memorandum of Law in support of its Motion to Dismiss which is filed contemporaneously with this Motion.

6346163v1 138

WHEREFORE, Resurgence respectfully requests this court grant its Motion to Dismiss and dismiss plaintiff's first amended complaint with prejudice.

Respectfully submitted,

HINSHAW & CULBERTSON LLP

By: s/Todd P. Stelter
One of the Attorneys for Defendant

David M. Schultz
Todd P. Stelter
Hinshaw & Culbertson LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
312-704-3000

6346163v1 138

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BARBARA KING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 08 CV 3306 |
| v. ) | |
| ) | Judge St. Eve |
| RESURGENCE FINANCIAL, LLC, ) | Magistrate Judge Cox |
| ) | |
| Defendant. ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2008, I electronically filed **MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO RULE 12(B)(6)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

**Dan Edelman**
dedelman@edcombs.com

Respectfully submitted,

By: ___s/Todd P. Stelter___

David M. Schultz
Todd P. Stelter
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Ste 300
Chicago, IL 60601
(312) 704-3000

3