IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BARBARA KING, <br><br> Plaintiff, <br><br> v. <br><br> RESURGENCE FINANCIAL, LLC, <br><br> Defendant. | Case No.: 08 CV 3306 <br><br> Judge St. Eve <br> Magistrate Judge Cox |

### NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on the **21st** day of **August 2008** at **8:30 a.m.**, or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge St. Eve, or any judge sitting in his/her stead in Courtroom 1241 in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and shall then and there present **Motion to Dismiss Plaintiff's First Amended Complaint Pursuant to Rule 12(B)(6)**, a copy of which is hereby served upon you.

Respectfully submitted,


By:  s/Todd P. Stelter

Todd P. Stelter
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Ste 300
Chicago, IL 60601
(312) 704-3000

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BARBARA KING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 08 CV 3306 |
| v. ) | |
| ) | Judge St. Eve |
| RESURGENCE FINANCIAL, LLC, ) | Magistrate Judge Cox |
| ) | |
| Defendant. ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on **August 13, 2008**, I electronically filed **NOTICE OF MOTION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

**Dan Edelman**
dedelman@edcombs.com

Respectfully submitted,


By:____s/Todd P. Stelter_____


Todd P. Stelter
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Ste 300
Chicago, IL 60601
(312) 704-3000