UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Barbara King
                               Plaintiff,

v.                                              Case No.: 1:08−cv−03306
                                                      Honorable Amy J. St. Eve

Resurgence Financial, LLC
                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 15, 2008:

       MINUTE entry before the Honorable Amy J. St. Eve: Defendant's motion to dismiss [24] is entered. Plaintiff's response to be filed by 9/5/08. Defendant's reply to be filed by 9/19/08. No appearance is required on the 8/21/08 notice date. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.